UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER L. McGHAN,

    Plaintiff,

File no: 1:08-CV-1113

v.

HON. ROBERT HOLMES BELL

KALKASKA COUNTY DEPARTMENT
OF HUMAN SERVICES, et al.,

    Defendants.
                                 /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action (docket #47). The Report and Recommendation was duly served on the parties. No objections have been filed.

**ACCORDINGLY**, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Rule 12(b)(6) motions to dismiss filed by defendants Czinder, Lagois, Buday, Holston, Kalkaska County Department of Human Services, Shumar and Bonds (docket #'s 12, 40, 30) are hereby **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's claims as to defendants Czinder, Lagois, Buday, Holston, Kalkaska County Department of Human Services, Shumar and Bonds are hereby **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that plaintiff's claims as to defendant Johnson are hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim.

**IT IS FURTHER ORDERED** that defendant Bond's motion for Rule 11 sanctions (docket #30) is hereby **DENIED** for failure to comply with the "safe harbor" requirements of Rule 11 of the Federal Rules of Civil Procedure.

Date:   July 20, 2009                                          /s/ Robert Holmes Bell
                                                               ROBERT HOLMES BELL
                                                               UNITED STATES DISTRICT JUDGE